DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL ARIZAGA RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ISMAEL ARIZAGA RAMOS,<br><br>　　　　　Defendant. | NO. CR-S-07-493-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: July 16, 2010<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, ISMAEL ARIZAGA RAMOS, that the status conference hearing date of July 16, 2010 be vacated, and the matter be set for status conference on August 13, 2010 at 9:00 a.m.

The parties are awaiting a pre-plea report from probation, and a continuance is requested to allow additional time to work toward resolution of the case.  Additionally, government's counsel will be at NAC the week of the presently scheduled hearing date.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including August 13, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 12, 2010

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          ISMAEL ARIZAGA RAMOS

Dated:  July 12, 2010                   BENJAMIN WAGNER
                                          United States Attorney

                                          /s/ Linda C. Harter for
                                          MICHAEL ANDERSON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 13, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  July 13, 2010

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge