DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL ARIZAGA RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISMAEL ARIZAGA RAMOS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR-S-07-493-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: August 13, 2010 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, ISMAEL ARIZAGA RAMOS, that the status conference hearing date of August 13, 2010 be vacated, and the matter be set for status conference on September 10, 2010 at 9:00 a.m.

   This continuance is requested as defense counsel is awaiting records pertinent to Mr. Ramos' case, and to allow the parties additional time to negotiate a resolution of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1  this order through and including September 10, 2010 pursuant to 18
2  U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code
3  T4 based upon continuity of counsel and defense preparation.
4  Dated:  August 12, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        ISMAEL ARIZAGA RAMOS


Dated:  August 12, 2010                 BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Linda C. Harter for
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


### O R D E R

   **IT IS SO ORDERED.**  Time is excluded from today's date through and including September 10, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  August 12, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge