```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ISMAEL ARIZAGA RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-493-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| ISMAEL ARIZAGA RAMOS, ) | Date: September 10, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, ISMAEL ARIZAGA RAMOS, that the status conference hearing date of September 10, 2010 be vacated, and the matter be set for status conference on October 8, 2010 at 9:00 a.m.

   This continuance is requested as defense counsel is still awaiting records pertinent to Mr. Ramos' case, and additional time is also needed to continue negotiations with the government toward a resolution of the case.

   Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including October 8, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   September 8, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      ISMAEL ARIZAGA RAMOS

Dated:   September 8, 2010          BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Linda C. Harter for
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including October 8, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:   September 9, 2010

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge