1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ISMAEL ARIZAGA RAMOS

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    )  NO. CR-S-07-493-GEB
                                )
13           Plaintiff,         )
                                )  **STIPULATION AND ORDER**
14     v.                       )  **CONTINUING JUDGMENT/SENTENCING**
                                )
15 ISMAEL ARIZAGA RAMOS,        )
                                )  Date:  January 28, 2011
16           Defendant.         )  Time:  9:00 a.m.
   _____)  Judge: Garland E. Burrell, Jr.

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, Michele Beckwith, Assistant United States
20 Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant
21 Federal Defender, attorney for defendant, ISMAEL ARIZAGA RAMOS, that
22 the judgment/sentencing hearing date of January 28, 2011 be vacated,
23 and the matter continued for judgment/sentencing on March 11, 2011 at
24 9:00 a.m.
25     Additional time is needed for work-up and preparation of
26 probation's presentence report.
27 ///
28 ///

```
1  Dated:   January 12, 2011              Respectfully submitted,

2                                         DANIEL J. BRODERICK
                                          Federal Defender
3

4                                         /s/ Linda C. Harter
                                          LINDA C. HARTER
5                                         Chief Assistant Federal Defender
                                          Attorney for Defendant
6                                         ISMAEL ARIZAGA RAMOS

7

8  Dated:   January 12, 2011              BENJAMIN B. WAGNER
                                          United States Attorney
9

10                                        /s/ Linda C. Harter for
                                          MICHELE BECKWITH
11                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
12

13
                                 O R D E R
14
   IT IS SO ORDERED.
15

16 Dated:   January 12, 2011

17
                                          _____
18                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
```

Stipulation/Order/Ismael Ramos                    2